Certificate Number: 03088-ARE-DE-027527426

Bankruptcy Case Number: 16-12693



03088-ARE-DE-027527426

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 31, 2016, at 2:06 o'clock PM CDT, Joyce M Nelson completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: May 31, 2016

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor