Form onoppobj

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re: Joyce Marie Nelson
Debtor

Santander Consumer USA Inc., servicer for Sovereign Bank and
vs.
Joyce Marie Nelson
and M. Randy Rice, Trustee

Case No.: 4:16−bk−12693
Chapter: 7
Judge: Phyllis M. Jones

MOVANT

RESPONDENTS

### ORDER ON AND NOTICE OF OPPORTUNITY TO OBJECT TO MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay pursuant to 11 U.S.C. §362(d) and/or for Abandonment pursuant to 11 U.S.C. §554 was filed by Movant on June 24, 2016.

*10* − Motion for Relief from Stay as to a 2003 Excursion 38U.Fee Amount $176 Filed by Heather A. Buchberger on behalf of Santander Consumer USA Inc., servicer for Sovereign Bank and assignee of GEMB (Buchberger, Heather)

YOU ARE FURTHER NOTIFIED THAT you have twenty−one (21) days from the date of this Notice to file a written response. If a response is filed, a hearing will be held as follows:

7/22/16 at 10:00 AM at:

Telephonic Hearing

**FAILURE TO FILE A RESPONSE TO THIS MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION AND A WAIVER OF THE RIGHT TO A HEARING UNDER 11 U.S.C. §362(d) AND §554, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE MOTION.**

If no objection or response is filed, counsel for the moving party shall submit the precedent granting the motion forthwith.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e) pending disposition of the Motion for Relief from Stay.

**IT IS SO ORDERED**
Dated: 6/27/16

*/s/ Phyllis M. Jones*

UNITED STATES BANKRUPTCY JUDGE