United States Bankruptcy Court
Eastern District of Arkansas

In re:  
Joyce Marie Nelson  
    Debtor

Case No. 16-12693-pmj  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0860-4    User: marybeth    Page 1 of 1    Date Rcvd: Jun 28, 2016  
                        Form ID: onoppobj    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2016.  
db         Joyce Marie Nelson,    20 Oakwood Dr,    Cabot, AR   72023-3925

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2016 at the address(es) listed below:  
         Heather A. Buchberger    on behalf of Creditor    Santander Consumer USA Inc. hbuchberger@mikeloyd.com  
         Jason L Kennedy    on behalf of Debtor Joyce Marie Nelson jkennedy@rice-adams.com, G34443@notify.cincompass.com  
         M. Randy Rice    on behalf of Trustee M. Randy Rice randyrice2@comcast.net, office523@comcast.net;mrr@trustesolutions.net;office523b@comcast.net  
         M. Randy Rice    randyrice2@comcast.net, office523@comcast.net;mrr@trustesolutions.net;office523b@comcast.net  
         U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov, Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;eliane.m.archambeault@usdoj.gov  
                                                                                              TOTAL: 5

Form onoppobj

# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas

In Re:    Joyce Marie Nelson
          Debtor

Case No.: 4:16−bk−12693
Chapter: 7
Judge: Phyllis M. Jones

Santander Consumer USA Inc., servicer for Sovereign Bank and   MOVANT
vs.
Joyce Marie Nelson
and M. Randy Rice, Trustee                                     RESPONDENTS

## ORDER ON AND NOTICE OF OPPORTUNITY TO OBJECT TO
## MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay pursuant to 11 U.S.C. §362(d) and/or for Abandonment pursuant to 11 U.S.C. §554 was filed by Movant on June 24, 2016.

*10* − Motion for Relief from Stay as to a 2003 Excursion 38U.Fee Amount $176 Filed by Heather A. Buchberger on behalf of Santander Consumer USA Inc., servicer for Sovereign Bank and assignee of GEMB (Buchberger, Heather)

YOU ARE FURTHER NOTIFIED THAT you have twenty−one (21) days from the date of this Notice to file a written response. If a response is filed, a hearing will be held as follows:

7/22/16 at 10:00 AM at:

Telephonic Hearing

**FAILURE TO FILE A RESPONSE TO THIS MOTION FOR RELIEF FROM STAY AND/OR FOR ABANDONMENT SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION AND A WAIVER OF THE RIGHT TO A HEARING UNDER 11 U.S.C. §362(d) AND §554, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE MOTION.**

If no objection or response is filed, counsel for the moving party shall submit the precedent granting the motion forthwith.

It is hereby ORDERED that, if and to the extent the automatic stay is in force, it shall remain in force pursuant to 11 U.S.C. §362(e) pending disposition of the Motion for Relief from Stay.

**IT IS SO ORDERED**
Dated: 6/27/16

*/s/ Phyllis M. Jones*

UNITED STATES BANKRUPTCY JUDGE